IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 26-mj-00225-STV

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. VALERIE JEAN MASIAS,

Defendant.

---

**MOTION TO RESTRICT COMPLAINT**

---

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the Complaint and Arrest Warrant in this matter at a Level 3, which would make it viewable by "the filer and the Court" only, as well as this Motion and any Order issued by the Court with regard to this Motion, and as grounds therefore submits the following:

1. Said Complaint, Arrest Warrants, and this Motion have been filed as a part of a continuing investigation.
2. The release of the information in the Complaint, Arrest Warrant, and this Motion may substantially jeopardize the ongoing investigation. Additionally, the Complaint contains a significant amount of information about the defendant's mental health diagnoses. The government intends to confer with defense counsel, once appointed, regarding potential redactions for that information before the Complaint is publicly available.

3. The government, however, seeks permission to share the Complaint and Arrest Warrant with law enforcement agents and defense counsel (once appointed) before they are publicly available.

WHEREFORE, it is respectfully requested that the Indictment, Arrest Warrant in this matter, as well as this Motion, be restricted until further Order of the Court, except as outlined above.

Respectfully submitted this 21st day of October, 2026.

Peter McNeilly
United States Attorney

By: *s/ Laura Cramer-Babycz*
Laura Cramer-Babycz
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
e-mail: Laura.Cramer-Babycz@usdoj.gov
Attorney for the Government