# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

VALERIE JEAN MASIAS
*Defendant(s)*

Case No. 26-mj-00225-STV

## CRIMINAL COMPLAINT

I, Special Agent Cally Evanoff, the complainant in this case, state that the following is true to the best of my knowledge and belief:

Between on or about August 24, 2026, and October 20, 2026, in the State and District of Colorado and elsewhere, VALERIE JEAN MASIAS, defendant herein, has violated 18 U.S.C. § 875(c) (Interstate Threats).

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

s/Cally Evanoff
*Complainant's signature*

Cally Evanoff, Special Agent, FBI Denver
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: October 21, 2026

*Judge's signature*

City and state: Denver, CO

U.S. Magistrate Judge Scott T. Varholak
*Printed name and title*