**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-cr-00250-SKC

UNITED STATES OF AMERICA,

Plaintiff,

v.

VALERIE JEAN MASIAS,

Defendant.

---

# INDICTMENT

---

The Grand Jury charges:

## COUNT 1

On or about September 29, 2026, in the State and District of Colorado, the defendant, VALERIE JEAN MASIAS, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely the Director of the Centers for Disease Control and Prevention (CDC).

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about October 9, 2026, in the State and District of Colorado, the defendant, VALERIE JEAN MASIAS, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely A.W. and the Director of the Federal Bureau of Investigation (FBI).

All in violation of Title 18, United States Code, Section 875(c).

//

Ink signature on file in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: *s/ Laura Cramer-Babycz* ______
Laura Cramer-Babycz
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: laura.cramer-babycz@usdoj.gov
Attorney for the Government