DEFENDANT: VALERIE JEAN MASIAS

YOB: 1974

COMPLAINT FILED? __X___ Yes ______ No

If Yes, MAGISTRATE CASE NUMBER 26-mj-225-STV

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? Yes

OFFENSES: **Counts 1–2**: 18 U.S.C. § 875(c) (Interstate communication of threats)

LOCATION OF OFFENSE: Elbert County, Colorado

PENALTY: **Counts 1–2:** NMT 5 years' in prison, $250,000 fine or both, NMT 3 years supervised release, $100 special assessment per count.

AGENT: Cally Evanoff
Special Agent, FBI

AUTHORIZED BY: Laura Cramer-Babycz
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_x_ five days or less; __ over five days

THE GOVERNMENT

_x_ will seek detention in this case based on 18 U.S.C. §§ 3142(f)(1)(A), § 3156(a)(4) and 18 U.S.C. § 3142(f)(2)(B).

The statutory presumption of detention is not applicable to this defendant.